UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES BENNETT,

                Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CIVIL ACTION NO.: 17 Civ. 2067 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 19, 2021, this matter was administratively reassigned to the undersigned. Defendant Commissioner of Social Security shall respond to Plaintiff's Motion for Attorney's Fees (ECF No. 21) by **Monday, March 22, 2021**.  Plaintiff's reply, if any, shall be filed no later than **Monday, April 5, 2021**.

Dated:      New York, New York
               February 22, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**